LOCKWOOD v. ROGERS et al., for the use of BRACE.

1. PLEADING.—Where there are two counts in a declaration, one of which is good and the other bad, a demurrer to the whole declaration will be overruled.

(1 *Chand.* 21.)

ERROR to the late District Court for *Crawford* County.

The declaration in this cause was in assumpsit containing two counts. The first was special, upon a written guaranty. The second, for work and labor, goods, etc.

The defendant demurred generally to the whole declaration, and the plaintiff joined in demurrer. The demurrer, on argument, was overruled.

The opinion of the court being upon a single point, precludes the necessity of a more specific statement of the case.

*Collins & Catlin,* for plaintiff in error.

*Dunn, Jones & Crawford,* for defendant in error.

STOW, C. J. The declaration in this case, which is in assumpsit, contains two counts : the first, a special one, on a written guaranty ; the second, the common *indebitatus* assumpsit for money, work, labor and goods. To this declaration the defendant demurred generally. The demurrer was overruled by the late district court, and to reverse this decision this writ of error is brought. Whatever may be said of the first count of the declaration, there can be no doubt that the second is good ; and the demurrer being to the whole declaration, it is well settled that it is not available, although had it been confined to the first count it might, perhaps, have been sustained. On this point, however, we give no opinion.

Judgment affirmed.